# *United States District Court*

_____ SOUTHERN _____     DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSE ALBERTO MENDEZ

**TO:** **The United States Marshal**
**and any Authorized United States Officer**

**WARRANT FOR ARREST**

CASE NUMBER:

00 - 6360

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ JOSE ALBERTO MENDEZ _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections ___ 371; 659 and 2 _____

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 CSB

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |