UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | CASE NO. 00-6360-CR-WPD |
| v. | |
| Jose alberto Mendez | REPORT COMMENCING CRIMINAL ACTION |
| Defendant | 66773-004 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 12/22/00, 16951 NW 51 place Miami, Fl

2. Spoken Language: Spanish

3. Offense(s) charged: T18 USC 659, 371, 2

4. U.S. Citizen  ☐ YES  ☒ NO  ☐ UNKNOWN

5. Date of birth: 1-29-64

6. Type of charging document: (Check One)
   ☒ INDICTMENT   ☐ COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 006360    CASE NO. _____
   DISTRICT: SDF    (Where warrant or complaint is filed.)
   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: ☒ YES ☐ NO
   AMOUNT OF BOND: To be Set.
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 12/22/00
9. Jorge Miyar ARRESTING OFFICER
10. AGENCY: FBI
11. (786) 362-0985 PHONE NO.

AO 442 (Rev. 12/85) Warrant for Arrest   AUSA DONALD F. CHASE, II

# United States District Court

__SOUTHERN__ DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSE ALBERTO MENDEZ

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

**CASE NUMBER:**

**00-6360-CR-DIMITROULEAS**
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ___JOSE ALBERTO MENDEZ___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title _18_ United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 CSB

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date