koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 00-6360-CR-DIMITROULEAS/LLS
(SEALED)

UNITED STATES OF AMERICA

        Plaintiff,

v.

JOSE ALBERTO MENDEZ
a/k/a ALBERTICO
        Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**

Language  SPANISH
Tape No.  00FX- 153-2100
AUSA  Don Chase
Agent  FBI- JORGE MIYAR
(786) 367-0985

DOB: 1-29-64
Reg # 66773-004

The above-named defendant having been arrested on 12-22-00 having appeared before the court for initial appearance on 12-26-00 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

    **ORDERED** as follows:  No Notice filed

1. Jorge Alonso appeared as permanent/temporary counsel of record.
Address:
Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
Address:
Zip Code: _____ Telephone: _____
3. The defendant shall attempt to (retain counsel) and shall appear before the court at 10:00 11AM on 1/4 in F+L  11AM, 2000/
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am in F+L, 1:04, 2000/
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
Stip. $25K 10% + $100K PSB cosigned by wife
no hearing held

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
 ✓ a. Surrender all passports and travel document to the Pretrial Services Office. by noon m 12/27/00.
 ✓ b. Report to Pretrial Services as follows: ___ times a week by phone, ___ time a week in person;
    other: as directed; maintain current residence
   c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
 ✓ d. Maintain or actively seek full time gainful employment.



JOSE ABLERTO MENDEZA a/k/a ABLERTICO

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____

____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and   revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond   itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this 26th day of DECEMBER 2000.

*/signature/*

**UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation