CASE NUMBER __00-6360-CR-DEMITRIOULEAS/LSS__
(SEALED)

## INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE __SPANISH__

DEFENDANT(S) __JOSE ALBERTO MENDEZ__ ✓
DIORKI MEDINA ✓
RAMON VILLARES ✓
ALDO FERNANDEZ ✓
LASANDRO PEREZ ✓
VICTORINO VENANCIO LOPEZ ✓
ADRIANO MARTINEZ ✓

FILED BY _____ D.C.
2000 DEC 27 PM 4:32
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

c: COURT INTERPERTER SUPERVISOR

