kntctmpapr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00 6360 C.R_ DiMiTROULEAS

UNITED STATES OF AMERICA,

v.

Jose A. MenDez

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

FILED by ___ D.C.
INTAKE

**DEC 2 7 2000**

CARLCS JUENKE
CLEIK U.S. DIST CT.
S.D. OF FLA. MIAMI

COMES NOW _Jorge E. Alonso_ and

files this temporary appearance as counsel for the above named
defendant(s) at initial appearance. This appearance is made with
the **understanding** that the undersigned counsel will fulfill any
**obligations imposed** by the Court such as **preparing and filing**
**documents** necessary to collateralize any **personal surety bond** which
may be set.

Counsel's Name (Printed) _Jorge E. Alonso_

Counsel's Signature _____

Address _800 S. Douglas Rd # 219_

_Coral Gables Fl_ ZIP CODE: _33134_

Telephone _( 305) 445 1177_

Florida Bar Number _280652_

