# *United States District Court*

_____SOUTHERN_____ DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSE ALBERTO MENDEZ

TO: **The United States Marshal
and any Authorized United States Officer**

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00 - 6360**

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest_____JOSE ALBERTO MENDEZ_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 CSB

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL | | |
| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/22/00 | | Edward Purchase, SDUSM |