## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JOSE ALBERTO MENDEZ (B)          CASE NO: 00-6360-CR-DIMITROULEAS

AUSA: DON CHASE                         ATTY: GEORGE ALONZO, ESQ.

AGENT:                                   VIOL:

PROCEEDING: INQ RE CNSL/ARRAIGNMENT     RECOMMENDED BOND:

BOND HEARING HELD - yes / no            COUNSEL APPOINTED:

BOND SET @:                             To be cosigned by:

FILED JAN 4 2001 CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Circle One)
Interpreter Request
No Interpreter
N... Known
Spanish
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN, OR REMOVAL: | | | | |
| STATUS CONFERENCE: | Jan 25 | 11 | BSS | |

DATE: 1/4/01   TIME: 11:00   FTL/LSS TAPE # 01-001   Begin: 25/8   End: 3/25

re- call 3025

53