COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jose Alberto Mendez (no deft)   CASE NO: 00-6360-CR-Dimitrouleas
AUSA: Don Chase / Dira Brown          ATTNY: George Alonzo  present
AGENT: _____ VIOL: _____
PROCEEDING: Status Conference         BOND REC: _____
BOND HEARING HELD - yes/no            COUNSEL APPOINTED: FILED by ___ D.C.
                                                         INTAKE
_____ BOND SET @ _____         JAN 25 2001
CO-SIGNATURES: _____         CLARENCE MADDOX
                                                      CLERK U.S. DIST. CT.
SPECIAL CONDITIONS: _____        S.D. OF FLA. • FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House
    ____ Electronic Monitoring

Discovery ord
5 days to try
Gov't's mot to cont
pending

△ - has not rec'd discovery
△ - will file mot to
    cont.

NEXT COURT APPEARANCE:   DATE: ____   TIME: ____   JUDGE: ____
INQUIRY RE COUNSEL: ____
PTD/BOND HEARING: ____
PRELIM/ARRAIGN. OR REMOVAL: ____
STATUS CONFERENCE: ____

DATE: 1-25-01    TIME: 11:00am    TAPE # 01-C03    PG # 7
                                                   3839-3542