UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

JOSE ALBERTO MENDEZ,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on January 25, 2001. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order. More specifically, it yesterday forwarded its form letter response to opposing counsel. The Government, however, noted the voluminous nature of the discovery materials, which include in excess of 700 pages of documents and 500 pages of transcripts, as well as 32 video tapes and 27 audio tapes. The Government has sent the documents to a printing service and anticipates that they will be available to defense counsel next week. In addition, the Government has forwarded a copy of the audio and video tapes to the Federal Public Defender for dissemination to co-counsel. Given that defense counsel have not yet had the opportunity to review the discovery, no



motions are currently pending. According to the Government, when the parties are ready to proceed, this matter will require 5 days to try. Finally, the Government stated that it has moved to continue the trial of this cause.

2. Defense counsel informed the Court that he will be moving to continue the trial of this cause.

DATED at Fort Lauderdale, Florida this 25th day of January 2001.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Don Chase, Esquire
Assistant United States Attorney

George Alonzo, Esquire
800 S. Douglas Road, Suite 219
Miami, Florida 33134-3185
Attorney for Defendant