UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA	)
	)
vs.	)
	)
JOSE A. MENDEZ,	)
	)
_____)

### JOSE A. MENDEZ'S MOTION TO CONTINUE TRIAL

COMES NOW, JOSE A. MENDEZ, by and through his undersigned counsel and prays for the entry of an order continuing the Trial currently set for the two week period commencing February 12, 2001, and as grounds would state as follows:

1. The undersigned is in receipt of the Government's Motion to Continue the Trial Date and consents to the Government's request.
2. Mr. Mendez was originally charged in this case and arrested by members of the Metro Miami-Dade County Police on October 16, 1999. On November 9, 1999, the State of Florida stated in Court that they were taking No Action on that arrest. (See copy of Arrest form attached).
3. As per the arrest report Mr. Mendez was the subject of an investigation prior to his arrest. Subsequently to that the investigation was turned over to the Government which proceed to complete said investigation on December 2000. After presentment to a Federal Grand Jury an indictment was returned on December 19, 2000, joining Mr. Mendez with fourteen other persons.
4. After arraignment a Status Conference was held by U.S. Magistrate Barry Seltzer on January 25, 2001 at 11:00 a.m. At that time counsel for the Government advised the Court that on January 24, 2001, a discovery letter had been mailed to all defense counsel. Ours was received on January 25 in our office.
5. The Government advises that in its Discovery package that there are approximately 739 pages that are due to be submitted to Lanier Professional Services by the week ending February 2, 2001.
6. The Government also advises that there are approximately 27 audiotapes and 32 videotapes as well as approximately 500 pages transcribing those tapes.
7. As of this writing the undersigned has been unable to confer with AUSA Donald Chase II on his thoughts on this motion but by his previous motion to continue the Trial I believe that he would be unopposed to the granting of this Motion.
8. Mr. Mendez at this time seems inclined to go to trial in this case and would urge the court to grant a continuance of his trial date so that he and his counsel

can prepare adequately, after a Government investigation that took over a year to complete.
9. The undersigned is hoping to go on a pre planned family vacation from March 30, 2001 to April 15, 2001, and would request that this trial be continued past that date both for trial preparation and for family conflicts.

WHEREFORE, JOSE A. MENDEZ respectfully request a continuance of his Trial until May 2001 or later.

Respectfully submitted,

JORGE E. ALONSO, ESQ.
Attorney for Jose A. Mendez
800 Douglas Road, #219
Coral Gables, Florida 33134
(305) 445-1177

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31st day of January, 2001, to:

Don Chase, AUSA
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394

Stephen Golembe, Esq.
2601 S.Bayshore Drive, #1400
Miami, Florida 33133

Brian Bieber, Esq.
Douglas Center
2600 Douglas Road, Penthouse 1
Coral Gables, Florida 33134

Scott Sakin, Esq.
1411 N. River Drive
Miami, Florida 33125

Richard Moore, Esq.
1 NE 2nd Avenue, #200
White Building
Miami, Florida 33132

Arnaldo Suri, Esq.
9745 SW 77 Street
Miami, Florida 33173

Rene Palomino, Jr., Esq.
9555 N. Kendall Drive
Miami, Florida 33176

Robert Berube, AFPD
1010 N.E. 3rd Avenue, #202
Ft. Lauderdale, Florida 33301

Alexander J. Michaels
1507 NW 14 Street
Miami, Florida 33125

Juan Gonzalez, Esq.
11305 SW 24th Terrace
Miami, Florida 33165

Leonardo Spitale, Esq.
3191 Coral Way, #619
Miami, Florida 33145

Joel DeFabi, Esq.
2121 Ponce de Leon Blvd., #430
Coral Gables, Florida 33134

BY: _____
JORGE E. ALONSO, ESQ.

# COMPLAINT/ARREST AFFIDAVIT

OBTS Number: ___
☒ Felony ☐ Misdemeanor ☐ Traffic
☐ Juvenile ☐ Warrant
Jail No: 87546
Police Case No: 485165W

IDS No: ___
Agency Code: 30
Municipal P.D. Def. ID No: ___
MDPD Records and ID No: ___
Court Case No: FEIO527

DEFENDANT'S NAME: MENDEZ JOSE ALBERTO
DOB: 01/29/1964
Sex: M  Race: W  Ethnic: ___  Height: 5'9"  Weight: 165  Hair: BRO  Eyes: GRN

LOCAL ADDRESS: 16915 NW 51 PLACE, MIAMI, FL 33055
Phone: (305) 622-7290

PERMANENT ADDRESS: SAME AS ABOVE
Address Source: ☐ Verbal ☐ Driver's License ☐ Other

BUSINESS ADDRESS: SAME AS ABOVE
Phone: (305) 623-5398
Occupation: INSTALLER
Place of Birth: CUBA

DRIVER'S LICENSE NO: M532-421-64-029-0  State: FL
Social Security No: 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
Scars, Tattoos, Unique Physical Features: NONE VISIBLE

Weapon Seized? ☐ Yes ☒ No   Type: ___
Arrest Date: 10/16/1999
Arrest Time: 2030 ☐ AM ☒ PM
Arrest Location: 32 ST NW 31 AVENUE
GRID: 1075

If Def. has Concealed Weapons Permit, PERMIT # W-: ___
For Robbery, Burglary, F/A Viol: Suspected History of drug involvement? ☐ Yes ☐ No
No Cases Cleared: 01
Influence of Drugs: ☐ Yes ☐ No ☒ Unk
Influence of Alcohol: ☐ Yes ☐ No ☒ Unk
Citizenship: CUBA
Resid Type: ☐ City ☐ Dade ☐ Florida ☐ Out of State

CO-DEFENDANTS: ___

| CODE | DRUG ACTIVITY | S Sell | R Smuggle | K Dispense/Distribute | M Manufacture Produce/Cultivate | DRUG TYPE | B Barbiturate | H Hallucinogen | P Paraphernalia |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | N N/A | B Buy | D Deliver | | | N N/A | C Cocaine | M Marijuana | Equipment |
| | P Possess | T Traffic | E Use | Z Other | | A Amphetamine | E Heroin | O Opium Deriv | S Synthetic  Z Other |

SIGNAL: ☐ 100  ☐ 150  ☐ 200  ☐ 250  ☐ 300  ☐ 400

| CHARGES | Activity | Type | Counts | STATUTE | D.V. | OBC/OCAPIAS/OBW/OFW/OPW/OICR | VIOLATION OF SECT. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1. GRAND THEFT (OVER) | N | N | 1 | 812.014 | | | 21-81(G) |
| 2. DEALING IN STOLEN PROPERTY | N | N | 1 | 812.019 | | | |
| 3. | | | | | | | |
| 4. | | | | | | | OF THE CODE OF DADE |

The undersigned certifies and swears that he has just and reasonable grounds to believe, and does believe that the above named Defendant

On the **16** day of **OCT.** **1999**, at **2000** ☐ AM ☒ PM  Location: **NW 31 AVE + 32 ST. (WOODSIDE)**

committed the following violation of law. Narrative: PURSUANT TO AN ONGOING INVESTIGATION, Δ WAS OBSERVED DRIVING A WHITE CARGO VAN CONDUCTING COUNTER SURVEILLANCE FOR A U-HAUL TRUCK LOADED WITH STOLEN PROPERTY. Δ ELUDED OFFICERS AND RETURNED TO THE AREA OF NW 31 AVE + 32 ST. TO PICK UP Δ ANAYA WHO FLED ON FOOT IN THE AREA. BOTH Δ's WERE CAUGHT BY K-9 UNITS INSIDE A POLICE PERIMETER. Δ WAS ARRESTED AND TRANSPORTED TO T.G.K. PROPERTY VALUED AT OVER $100,000.⁰⁰ PREFILE SET W/ A.S.A. CHARLES JOHNSON

PAGE 1 OF 1

Hold for Other Agency / Agency: ___  Verified by: ___

Officer's Name (Print): WILLIAM MORALES
Officer's Signature: ___
Department Name: MDPD
Court ID Number/Loc. Code: 2861 49

Sworn to and subscribed before me, the undersigned authority, this **17** day of **OCTOBER 99**
Deputy of the Court or Notary Public: ___

Signature of Defendant, Juvenile and Parent or Guardian: ___

32.02 09-9  Rev. 2.99

**COURT COPY**