UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
vs. )
)
JOSE A. MENDEZ, )
)
_____ )

ORDER ON JOSE A. MENDEZ'S MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on JOSE A. MENDEZ'S Motion for Continuance of Trial Date (DE-139), and the Court having heard argument of counsel it is

ORDERED AND ADJUDGED:

1. That JOSE A. MENDEZ's Motion for Continuance of Trial date is hereby Denied, without prejudice to renew at the calendar call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 5 day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

- All parties of record.
Jorge E Alonso, Esq.
Don Chase, AUSA