## CRIMINAL MINUTES

FILED D.C.
FEB 09 2001
CLARENCE MADDOX
U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6360-CR-WPD         DATE: February 9, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____          INTERPRETER: Spanish

UNITED STATES OF AMERICA   vs. Mendez, Medina, Villores, Fernandez, Perez

U.S. ATTORNEY: Ambrose           DEFTS COUNSEL: Lopez, Martinez
Larry Bardfeld for

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Defts' motions to continue are granted. Court resets case & finds the time from today until trial deemed excludable. Court directs that all defts not present need to file written waivers of speedy trial rights

CASE CONTINUED TO: 4/20/01    TIME: 9:00    FOR: Cal. Call
                   4/23/01                      2 week trial period
MISC: * Deft Lisandro Perez Cal. Call reset to 2/12/01 @ 9:15

151/89