UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA   )
                            )
vs.                         )
                            )
JOSE A. MENDEZ.             )
                            )
_____)

A F F I D A V I T

STATE OF FLORIDA     )
                     )   SS.
COUNTY OF DADE       )

BEFORE ME, the undersigned authority, personally appeared JOSE A. MENDEZ, Defendant in Case No. 00-6360-CR-DIMITROULEAS, hereinafter referred to as Affiant who being by me first duly sworn, on oath, says:

1. That Affiant is represented in this case by JORGE E. ALONSO, ESQ., 800 South Douglas Road, Suite 219, Coral Gables, Florida 33134.

2. That he is aware that his counsel moved for a continuance of the Trial date set for February 12, 2001, and that he is in agreement with said Motion.

3. That he is aware that pursuant to the speedy trial act he has the right to be tried within 60 days and is in fact waiving that right for his own benefit in the preparation of his defense.

4. That he knows that the Trial was continued to April 23, 2001.

FURTHER AFFIANT SAYETH NAUGHT!!!

_____
JOSE A. MENDEZ

SWORN TO and subscribed before me this /2ᵈʰ day of February, 2001.

My commission expires:

_____
NOTARY PUBLIC
STATE OF FLORIDA AT LARGE

ELIZABETH ROMERO
MY COMMISSION # CC 651414
EXPIRES: May 31, 2001
Bonded Thru Notary Public Underwriters