## CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER  00-6360-CR-WPD    DATE: April 20, 2001

COURTROOM CLERK: Deloris McIntosh    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: SPANISH

UNITED STATES OF AMERICA    vs.   Jose Alberto Mendez (8)

U.S. ATTORNEY: Donald Chase    DEFT. COUNSEL: Jorge Alonso

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Change of Plea
Deft pled guilty to Count 2 of
the indictment

CASE CONTINUED TO: 6/29/01    TIME: 1:00    FOR: Sentencing

MISC: _____

200