UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

01 JUN 11 PH 3: 33

UNITED STATES OF AMERICA )
)
vs. )
)
JOSE A. MENDEZ, )
)
_____)

## MOTION TO EXTEND THE TIME FOR FILING THE
## OBJECTIONS TO THE PRE-SENTENCING INVESTIGATION REPORT

COMES NOW the Defendant, JOSE A. MENDEZ, by and through his undersigned counsel and respectfully requests this Honorable Court to grant this motion, and would allege as follows:

1. The Defendant, JOSE A. MENDEZ, was arrested on December 22nd, 2000 and charged with receiving and possessing stolen goods and chattels of a value in excess of $1,000.00 which were part of an interstate shipment of freight, in violation of 18 U.S.C. §659.

2. The Defendant, JOSE A. MENDEZ, entered into a plea of guilty on April 20th, 2001 to the aforementioned charges.

3. The Pre-Sentence Investigation Report was received on May 31st, 2001, the objections shall be filed by June 8th, 2001, and the sentencing in this case is scheduled for June 29th 2001.

4. The Pre-Sentence Investigation Report raises significant issues which counsel needs additional time to research these issues, prepare a memorandum, and file the objections.

5. Counsel has had a very busy trial schedule and needs some additional time.

6. The sentencing is not until June 29th and the government or probation would not be prejudice by the defendant having this additional time.

7. Counsel has been unable to contact Assistant United States Attorney Don Chase.

8. This motion is made in good faith and not for any purpose for delay.

WHEREFORE, the Defendant, JOSE A. MENDEZ, respectfully requests this Honorable Court to grant this motion and extend the time for filing objections for at least eleven days (June 19th, 2001), ten days prior to the date of sentencing.

Respectfully submitted,

JORGE E. ALONSO, ESQ.
Attorney for Jose A. Mendez
800 Douglas Road, #219
Coral Gables, Florida 33134
(305) 445-1177

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31st day of January, 2001, to Don Chase, AUSA, 299 E. Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33301, on this 8th day of June, 2001.

BY: _____
JORGE E. ALONSO, ESQ.