UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
vs. )
)
JOSE A. MENDEZ, )
)
_____ )

FILED _____ D.C.

JUN 1 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON JOSE A. MENDEZ'S MOTION TO EXTEND TIME FOR FILING THE OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

THIS CAUSE having come before this Court on JOSE A. MENDEZ'S Motion to extend the time for filing the Objections to the Pre-sentence Investigation Report, and the Court having heard argument of counsel it is

ORDERED AND ADJUDGED:

1. That JOSE A. MENDEZ's Motion for ~~Continuance of Trial date~~ Extension of Time for filing Objections (DE-214) is hereby granted/~~denied~~.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 12 day of June, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

- All parties of record.

USCO
Don Chase, AUSA
Jose Alonso, Esq.