**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD    DATE: June 29, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Tracy Webb    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Jose Alberto Mendez

U.S. ATTORNEY: Don Chase    DEFT. COUNSEL: Jorge Alonso

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
5 months BOP, 3 years Supervised Release with special condition that the 1st 5 months are to be spent in home confinement without electronic monitoring. No Fine, $100 assessment. $174,485.40 Restitution Joint & several liability. Court recommends designation to SO/FL facility.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of Right to Appeal.