UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA    )
)
vs.                         )
)
JOSE A. MENDEZ,             )
)
_____)



## ORDER GRANTING MOTION TO RELEASE BOND

THIS CAUSE having come before this Court on Defendant, JOSE A. MENDEZ, Ore Tenus Motion to Release 10% Deposit with the registry of the Court. After reviewing the record and careful consideration thereof, it is

ORDERED AND ADJUDGED:

2.    That the Motion is **GRANTED.** The $2,500.00 (10% bond) deposited with the Court on December 26, 2000, plus any accrued interest be refunded to depositor JUAN MENDEZ, at 11201 SW 55th Street, Miramar, Florida 33025, see copy of receipt herein enclosed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 13 day of _____, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

- All parties of record.
Don Chase, AUSA
Jorge Alonso, Esq.
Clerk of Court – Financial Division



32
(ev. 4/90)

ORIGINAL                    226478

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**
at

RECEIVED FROM

| | ACCOUNT | AMOUNT |
|---|---|---|
| Fund | | |
| 6855XX  Deposit Funds | | 2500  00 |
| 604700  Registry Funds | | |
| General and Special Funds | | |
| 508800  Immigration Fees | | |
| 085000  Attorney Admission Fees | | |
| 086900  Filing Fees | | |
| 322340  Sale of Publications | TOTAL | 2,500.00 |
| 322350  Copy Fees | Case Number or Other Reference | |
| 322360  Miscellaneous Fees | | |
| 143500  Interest | | |
| 322380  Recoveries of Court Costs | | |
| 322386  Restitution to U.S. Government | | |
| 121000  Conscience Fund | | |
| 129900  Gifts | | |
| 504100  Crime Victims Fund | | |
| 613300  Unclaimed Monies | | |
| 510000  Civil Filing Fee (½) | | |
| 510100  Registry Fee | | |

$ Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial
institution on which it was drawn.

DATE                    Cash  Check  M.O.  Credit  DEPUTY CLERK