UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>00-6360-CR-DIMITROULEAS</u>

UNITED STATES OF AMERICA   )
                           )
vs.                        )
                           )
JOSE A. MENDEZ,            )
                           )
_____)



### MOTION TO MODIFY JUDGMENT IN A CRIMINAL CASE

COMES NOW Defendant JOSE A. MENDEZ, by and through his undersigned counsel and prays for an entry of an order modifying the Judgment entered in this case on July 2nd, 2001 and as grounds would state as follows:

1. Defendant was ordered to pay restitution in this case in the amount of $174,535.40 and was ordered to pay it in one lump sum immediately.
2. Defendant does not have the $174,535.40 to pay this amount and due to this, has been ordered by his probation officer to pay $1,500.00 on a monthly basis.
3. Defendant was one of 15 persons indicted in this matter and most of them have been ordered to pay the same amount of restitution, joint and severable, to the victims in this case.
4. Defendant feels confident that he can obtain a loan if this motion is granted to pay $11,635.69 which is 1/15 of the total amount of restitution less $3,500.00 which has been paid by Defendant for restitution so far.
5. If this court will not grant this motion then it should set an amount of restitution to be paid monthly as the present amount of $1,500.00 required by probation is not reasonable as Mr. Mendez income is as follows: $808.00 after income taxes and social security and medicare taxes.
6. Counsel has been unable to contact AUSA Donald Chase prior to the filing of this Motion.

WHEREFORE, the Defendant, JOSE A. MENDEZ, respectfully requests that this honorable court grant this Motion and allow him to pay his prorata share of the restitution.

Respectfully submitted,

JORGE E. ALONSO, ESQ.
Attorney for Jose A. Mendez
800 Douglas Road, Suite 219
Coral Gables, Florida 33134
(305) 445-1177

JORGE E. ALONSO, ATTORNEY AT LAW
DOUGLAS ENTRANCE, 800 DOUGLAS ROAD, SUITE 219, CORAL GABLES, FL 33134, TEL. (305) 445-1177 · FAX (305) 441-8696

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to AUSA Donald Chase, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394, this 21st day of March, 2002.

BY: _____
JORGE E. ALONSO, ESQ.
Fla. Bar No. 280682

JORGE E. ALONSO, ATTORNEY AT LAW
DOUGLAS ENTRANCE, 800 DOUGLAS ROAD, SUITE 219, CORAL GABLES, FL 33134, TEL. (305) 445-1177 · FAX (305) 441-8696