UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
   Plaintiff,

Vs.                                        Case No. 00-6360-CR-DIMITROULEAS

JOSE A. MENDEZ,
   Defendant.
_____/

FILED by ___ D.C.
MAR 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

THIS CAUSE having been heard before this Court on Defendant's March 22, 2002 Motion to Modify Judgment, the Court defers ruling for five(5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of March 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished to:
Don Chase, AUSA
Mr. Jorge Alonso
800 Douglas Road
#219
Coral Gables, Florida 33134

