UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6360-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSE A. MENDEZ,

    Defendant.
_____/

FILED by _____ D.C.
APR 03 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard before this Court on Defendant's March 22, 2002 Motion to Modify Judgment [DE-338] and the Court having received an April 1, 2002 response from the Government, said motion is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _3_ day of April, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Don Chase, AUSA

Jorge Alonso, Esquire
800 Douglas Road, #219
Coral Gables, Florida 33134