UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6360-CR-WPD |
| Plaintiff, | ) | |
| -v- | ) | |
| JOSE ALBERTO MENDEZ, | ) | Fort Lauderdale, Florida |
| Defendant. | ) | June 29, 2001 |
| | ) | 1:00 p.m. |

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          DONALD CHASE ESQ.
                           Assistant U.S. Attorney


For the Defendant          JORGE E. ALONSO, ESQ.


Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida 33301
                           954-769-5657




# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE