UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6360-CR-DIMITROULEAS[1]

Plaintiff,

vs.

JOSE MENDEZ,

Defendant.
_____/

**ORDER**

THIS CAUSE having come before the Court on Defendant's September 10, 2003 Agreed Motion to Correct Judgment, and the Court noting that no proposed order was provided in violation of S.D. Fla. L.R. 7.1(A)(1)(g) and 7.1(A)(2), it is hereby

ORDERED AND ADJUDGED that the Agreed Motion to Correct Judgment is Denied without prejudice to renew.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 10 day of September, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1]Defendant's motion had an incorrect case number.



Copies furnished to:

Don Chase, AUSA

Juan de Jesus Gonzalez
2100 Coral Way, #404
Miami, FL 33145