**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**CASE NO. 00-6360-CR-DIMITROULEAS**

FILED BY _____ DKT
03 SEP 16 PM 2:55
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

UNITED STATES OF AMERICA,

v.

JOSE MENDEZ.
_____/

### AGREED MOTION TO CORRECT JUDGEMENT IN A CRIMINAL CASE

COMES NOW the Defendant Jose Mendez, by and through his undersigned counsel and prays for an entry of an order correcting the Judgement entered in this case on July 2nd, 2001 and as ground thereto would state:

1. As part of his sentence this defendant along with approximately 15 co-defendants were ordered to pay $174,535.40 in restitution Joint and Several.

2. After the Defendant commenced serving the supervised release portion of the sentence the probation office and the U.S. Attorney's office determined that the figure in the Judgement was mistaken.

3. Thereafter the probation department was informed by the U.S. Attorney's office that the correct figure was actually $96,480.60 and that the liability of all 15 defendants was to be restricted to that figure.

4. The Defendants and the probation office have since then been working with the corrected figure of $96,480.60.

Page 1 of 2



5. As of this date, the Judgement has not been corrected and all parties need a correction of the Judgement in order to properly comply with the intent of the Court.

6. Counsel has conferred with AUSA Donald F. Chase, II and U.S. Probation Officer Isabel Taylor and they are in agreement with the granting of this Motion.

WHEREFORE, the Defendant Jose Mendez, respectfully prays that the Judgement entered in the foregoing cause be corrected to reflect the correct figure of $96,480.60 in restitution.

**Respectfully submitted,**

**JUAN DE JESUS GONZALEZ, LAWYER, P.A.**
**2100 Coral Way, Suite 404**
**Miami, Florida 33145**
**Tel: (305) 854-8495**
**Fax: (305) 854-8595**

_____
Juan de Jesus Gonzalez

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the office AUSA Donald F. Chase, II, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 and U.S. Probation Officer Isabel Taylor, 14601 Oak Lane, Miami Lakes, FL 33016 this 8th day of September, 2003.

_____
Juan de Jesus Gonzalez