UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

v.

JOSE MENDEZ.
_____/

FILED
SEP 17 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON AGREED MOTION TO CORRECT JUDGEMENT IN A CRIMINAL CASE

THIS CAUSE having come before me this date upon Defendant Jose Mendez' Agreed Motion to Correct Judgement in a Criminal Case and this Court having been fully advised in the premises it is hereby:

ORDERED AND ADJUDGED that said motion is hereby Granted and the Judgement entered in the foregoing cause is hereby corrected to reflect the correct restitution amount of $96,480.60.

DONE AND ORDERED in Chambers/Open Court at Dade County, Florida this 17 day of September, 2003.

_____
Judge

Copies furnished to:
Donald Chase, AUSA
Juan de Jesus Gonzalez, Esq.

