00-CR-6360
Judge Dimitrouleas

FILED BY _____ D.C.

03 OCT 10  AM 11: 49

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

**No further action required by
the U.S. Marshals Service.**

Christina Pharo
UNITED STATES MARSHAL

by: _____
    SDUSM ~~Edward Purchase~~  JOE GODSK

365