UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

v.

JOSE MENDEZ,

_____/

## AGREED MOTION TO CORRECT JUDGEMENT IN A CRIMINAL CASE

COMES NOW the Defendant Jose Mendez, by and through his undersigned counsel and prays for an entry of an order correcting the Judgement entered in this case on July 2nd, 2001 and as ground thereto would state:

1. The Defendant and his co-defendants were initially ordered by the Court to pay restitution in the amount of $174,535.40, joint and several.

2. Thereafter a mistake was detected and the Court granted a Motion by Jose Mendez to amend the judgement to reflect an accurate restitution figure of $96,480.60.

3. The Defendant Jose Mendez has been the only one complying with his restitution obligations and eventually paid off the remaining restitution amount which resulted in Mr. Mendez paying approximately $87,000.00 of the $$96,480.60 in total restitution.

4. Prior to his payment, Mr. Mendez through his attorney, had negotiated with the appropriate members of the US Attorney's office so that he may receive a release of Federal Lien relating to the restitution in order so that he may refinance his house and further conduct his financial affairs.

5. After Mr. Mendez paid the restitution amount he was given a release, however, that did not result in the liens and encumbrances being removed from his property.

6. Since the non paying co-defendants never moved to have the judgements corrected to reflect the accurate figure of $96,480.60 and since Mr. Mendez is responsible for their obligations joint and severally, the public record can not reflect the fact that the restitution has in fact been paid in full.

7. Justice and fairness would require the Court to correct all of Mr. Mendez' co-defendants' judgements to reflect the corrected restitution figure of $96,480.60. Only then will the public reflect that restitution has been paid in full and Mr. Mendez' home can be released from it's encumbrances and liens.

8. Counsel has forwarded this Motion to AUSA Donald Chase who has not responded with an objection.

WHEREFORE, the Defendant Jose Mendez, respectfully prays that the Judgement entered in the above case number reference all co-defendants and all matters in the foregoing cause be corrected to reflect the correct figure of $96,480.60 in restitution.

**Respectfully submitted,**

**JUAN DE JESUS GONZALEZ, LAWYER, P.A.**
2100 Coral Way, Suite 404
Miami, Florida 33145
Tel: (305) 854-8495
Fax: (305) 854-8595

**Juan de Jesus Gonzalez**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the office AUSA Donald F. Chase, II, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 and U.S. Probation Officer Isabel Taylor, 14601 Oak Lane, Miami Lakes, FL 33016 this 26th day of March, 2004.

Juan de Jesus Gonzalez