MAR 31 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE NO. 00-6360-CR-DIMITROULEAS

Plaintiff,

vs.

JOSE MENDEZ,

Defendant.
_______________________________________/

**ORDER DEFERRING RULING ON DEFENDANT'S AGREED MOTION TO CORRECT JUDGMENT IN A CRIMINAL CASE**

THIS CAUSE having come before me upon Defendant, Jose Mendez' March 26, 2004 Agreed Motion to Correct Judgment in a Criminal Case [DE-391] and the Court having been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 31 day of March, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Donald F. Chase, II, AUSA
Isabel Taylor, USPO
Juan de Jesus Gonzalez, Esquire

