UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. <u>00-6360-CR-DIMITROULEAS</u>

UNITED STATES OF AMERICA    )
                            )
                            )
v.                          )
                            )
                            )
JOSE MEDINA,                )
                            )
         Defendant.         )
_____)

**THE UNITED STATES' RESPONSE TO MENDEZ' MOTION TO CORRECT JUDGMENT AND THE GOVERNMENT'S MOTION TO CORRECT THE JUDGMENTS OF PABLO ANAYA, DIORKI MEDINA, RAMON VILLARES, ALDO FERNANDEZ, LASANDRO PEREZ AND ADRIANO MARTINEZ**

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files this response joining the defendant Mendez' motion for correction of the restitution amount stated as owed in the judgment and commitment orders for the following codefendants convicted of Count II of the Indictment: Pablo Anaya, Diorki Medina, Ramon Villares, Aldo Fernandez, Lasandro Perez and Adriano Martinez. In support of the foregoing request, the government shows:

1.    The Presentence Investigation Report prepared for each of the foregoing defendants incorrectly stated, based upon misinformation provided to the probation officer by the Federal Bureau of Investigation, the amount of goods recovered as the loss and the loss as the amount of goods recovered, i.e., the figures were inverted. Of the $270,916.00 of Cannon toner cartridges and other materials stolen, $174,435.40 of the stolen goods were recovered by law enforcement but $96,480.60 of the stolen goods were not recovered. The proper restitution amount, therefore, is



$96,480.60 and not the $174,435.40 figure previously ordered in the judgement and commitment orders of the foregoing listed defendants.

2.      Mendez' judgment and commitment order has been corrected to reflect the proper amount of restitution owed. Similarly, the restitution amount listed in the judgment and commitment orders of codefendants Eduardo Vilaho Rodriguez and Jose Enrique Sanchez are correct.

WHEREFORE, based upon the foregoing, the United States of America respectfully requests that the restitution amount listed in the judgment and commitment orders of Pablo Anaya, Diorki Medina, Ramon Villares, Aldo Fernandez, Lasandro Perez, and Adriano Martinez be corrected replacing the $174,435.40 figure previously ordered with the correct restitution amount owed of $96,480.60.

Respectfully submitted.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida  33301
Tel. (954) 356-7255
Fax. (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 8th of April 2004 to Leonard P. Fenn, Esq., 2121 Ponce De Leon Boulevard, Coral Gables, Florida 33134, Alberto F. Sarasua. Esq., 442 Hampton Lane, Key Biscayne, Florida 33149, Rene Palomino, Esq., 9555 N. Kendall Drive, Miami, FL 33176, Arnaldo Suri, Esq., 9745 SW 77th Street, Miami, FL

33173, Richard Moore, Esq., 1 NE 2nd Avenue, #200, White Building, Miami, FL 33132, Stephen Golembe, Esq., 2601 S. Bayshore Drive, # 1400, Miami, FL 33133 and Juan De Jesus Gonzalez, Esq., 2100 Coral Way, Suite 404, Miami, FL 33145.

*/s/ Donald F. Chase, II*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY