ERS:rl



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE MENDEZ,

    Defendant.
_____/

### SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, does hereby release and relinquish that certain Judgment in a criminal case entered by the United States District Court for the Southern District of Florida on June 29, 2001, against Defendant, Jose Mendez. A Judgment Lien relating thereto was duly recorded on April 03, 2002, in Official Records Book 20309, Page 1134, of the Public Records of Miami-Dade County, Florida.

Said Judgment is relinquished as the restitution was paid in full.



The Clerk of the United States District Court for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Witness my hand and seal this
17 day of May, A.D. 2004

Signed, Sealed and Delivered in Presence of:

_____
Brenda Glasford

_____
Felicia Broadhurst

_____
Elizabeth Ruf Stein
Assistant U.S. Attorney
FL. Bar No. 354945
99 N.E. 4th Street, #313
Miami, FL  33132-2111
TEL (305) 961-9313
FAX (305) 530-7139

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Elizabeth Ruf Stein, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this _____ day of _____, A.D. 200__.


Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC

_____
Rolando A. León
NOTARY PUBLIC, State of Florida

DID not take an oath

My Commission Expires:

This Instrument prepared by: Elizabeth Ruf Stein
Assistant U.S. Attorney
99 NE 4th Street, #313
Miami, Florida  33132-2111