UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6360-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSE MENDEZ,

    Defendant.
_____/

FILED by _____ D.C.
JUN 25 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

THIS CAUSE having been heard upon Defendant's June 24, 2004 Motion For Early Termination of Supervised Release [DE-412], the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 25 day of June, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Juan De Jesus Gonzalez, Esquire
Isabel Taylor, USPO
Don Chase, AUSA

