UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

v.

JOSE MENDEZ.
_____/



## AMENDED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the Defendant Jose Mendez, by and through his undersigned counsel and prays for an entry of an order for early termination of supervised release and as ground thereto would state:

1. The Defendant was previously sentenced to five months in the bureau of prisons followed by five months home detention and thereafter three years of supervised release and ordered to pay restitution in the amount of $96,480.60 in restitution joint and several with about at least eight other defendants.

2. The Defendant performed his incarceration and home confinement without incident.

3. The Defendant has now completed 2 years and seven months of supervised release and has behaved and conducted himself in an admirable manner not only has he not had any trouble with any law enforcement agency, but he has worked, established and advanced a legitimate business which requires hard labor. The culmination of his outstanding efforts have lead to the payment by Mr. Mendez of over $80,000.00 of the total restitution due from all the defendants.

4. Mr. Mendez has remained married and continues to lead an exemplary life to his wife

and children even through the difficulties of his incarceration and probation.

5. In sum, Mr. Mendez has behaved above and beyond that which would be expected of someone undergoing his punishment. He has complied with all laws and created a business which employs people and has produced enough to pay back the restitution to the victim which was owed by all of the defendants. Mr. Mendez has faithfully paid a high debt to society and is deserving of favorable consideration.

6. This Motion has been forwarded to AUSA Donald Chase and US Probation Officer Isabel Taylor both of whom have not been able to communicate whether they object.

WHEREFORE the Defendant prays this court enter an order relieving Mr. Mendez of his last eight months of supervised release.

**Respectfully submitted,**

**JUAN DE JESUS GONZALEZ, LAWYER, P.A.**
**2100 Coral Way, Suite 404**
**Miami, Florida 33145**
**Tel: (305) 854-8495**
**Fax: (305) 854-8595**

_____
Juan de Jesus Gonzalez

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the office AUSA Donald F. Chase, II, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 and U.S. Probation Officer Isabel Taylor, 14601 Oak Lane, Miami Lakes, FL 33016 this 28 day of June, 2004.

_____
Juan de Jesus Gonzalez