UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
v. )
)
)
JOSE ALBERTO MENDEZ, )
)
Defendant. )
_____ )



**GOVERNMENT'S RESPONSE TO THE
DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files this response to the defendant's request to terminate early his term of supervised release.

1. The undersigned prosecutor has consulted with the Probation Officer assigned to supervise the defendant, Isabel Taylor, about the instant motion. Ms. Taylor stated that she and the Probation Department have no objection to the early termination of the defendant's supervised release term.

2. The defendant has completed approximately 31 of the 36 months' term of supervised release imposed by the Court.

Based upon the foregoing, the United States of America has no objection to the Court granting the defendant's motion to terminate early his supervised release



term.

>Respectfully submitted,
>
>MARCOS DANIEL JIMENEZ
>UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida  33394
Tel. (954) 356-7255, extension 3513
Fax. (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2nd day of July 2004 to Juan De Jesus Gonzalez, Esquire, 2100 Coral Way, Suite 404, Miami, Florida 33145.

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY