UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6360-CR-DIMITROULEAS

      Plaintiff,

vs.

JOSE ALBERTO MENDEZ,

      Defendant.

_____/

FILED by _____ D.C.

JUL 0 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER TERMINATING SUPERVISED RELEASE

THIS CAUSE having been heard upon Defendant's June 24, 2004 Motion For Early

Termination of Supervised Release [DE-412] and Defendant's June 29, 2004 Amended Motion

For Early Termination of Supervised Release [DE-414] and the Court having received a July 2,

2004 response from the Government; the Court has considered the factors in 18 U.S.C. § 3553

pursuant to 18 U.S.C. § 3583(e); the Motion for Early Termination of Supervised Release [DE-

412] is Granted. The Amended Motion [DE-414] is Denied as Moot. Supervised Release is

Terminated.

      DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of July, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Juan De Jesus Gonzalez, Esquire
Isabel Taylor, USPO
Don Chase, AUSA



Copies furnished to:

Joshua Asher Levy, Esquire
Kathleen Mary McDonough, Esquire